# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| THE ESTATE OF BILLY DEWAYNE COUCH, by and through administrator KELSEY MORGAN BROWN, and KELSEY MORGAN BROWN, Surviving Child of Billy Dewayne Couch, Deceased,<br><br>  Plaintiff,<br>v.<br><br>DEPUTY AARON CARNES, SHERIFF MITCH RALSTON, and GORDON COUNTY,<br><br>  Defendants. | CASE NO. 4:24-cv-00218-WMR<br><br>Honorable Judge William M. Ray, II |

## MOTION TO WITHDRAW

NOW COMES Kelsey Morgan Brown, by and through her undersigned counsel, seeking an order of this Court withdrawing Rachel Nowlin-Sohl as counsel for Plaintiff. In support thereof, Plaintiff states:

1. Rachel Nowlin-Sohl's employment with the Civil Rights and Justice Clinic, through the University of Washington School of Law, which is co-counsel in this matter, has ended.

2. Plaintiff continues to be represented by David B. Owens, of Loevy & Loevy, who has entered his pro hac vice appearance in this matter, and Jeff Filipovits and Wingo F. Smith, of Spears & Filipovits, LLC, who are local counsel for Plaintiff.

WHEREFORE, Plaintiff respectfully requests this Court enter an order withdrawing Rachel Nowlin-Sohl as counsel in this matter.

        Respectfully submitted,

        KELSEY MORGAN BROWN

        BY:   /s/David B. Owens

            /s/ Wingo F. Smith

        *Counsel for Plaintiff*

| | |
|---|---|
| Jeff Filipovits | David B. Owens* |
| Wingo F. Smith | UW Civil Rights and Justice Clinic |
| SPEARS & FILIPOVITS, LLC | William H. Gates Hall, Ste. 223 |
| 315 W. Ponce de Leon Ave., Ste. 865 | P.O. Box 85110 |
| Decatur, Georgia 30030 | Seattle, Washington 98145-1110 |
| 404-905-2225 | c/o Loevy & Loevy |
| jeff@civil-rights.law | 311 N. Aberdeen St., Floor 3 |
| wingo@civil-rights.law | Chicago, IL 60607 |
| *Local Counsel for Plaintiff* | 312-243-5900 |
| | david@loevy.com |
| | *Admitted pro hac vice* |

## **CERTIFICATE OF SERVICE**

I, David B. Owens, an attorney, certify that on October 3, 2024, I filed the foregoing pleading using the Court's CM/ECF system, effecting service on all counsel of record.

/s/David B. Owens
*One of Plaintiff's Attorney*